JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHACON,<br><br>       Petitioner,<br>vs.<br>AMY MILLER, Warden,<br><br>       Respondent. | Case No. CV 13-8367-CAS (DTB)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 22, 2014

*(signature)*

———————————————
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE